# U.S. District Court

## Pennsylvania Western - Pittsburgh

Willy J. Wong

Receipt Date: Aug 21, 2023 3:00PM

Rcpt. No: 200005319            Trans. Date: Aug 21, 2023 3:00PM            Cashier ID: #RM

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                      | 1   | 402.00 | 402.00 |

| CD | Tender      | Amt     |
|----|-------------|---------|
| CC | Credit Card | $402.00 |

Total Due Prior to Payment: $402.00

Total Tendered: $402.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments:** 23-CV-1501

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.