Complaint for Employment Discrimination
E. The facts of my case are as follows.

Enclosed you will find,
Acceptance for investigation
Notice of Final Decision
Emails during the date of the settlement Agreement
Judge Laurence Gallagher, Ms. Miriam Dole, Agency counsel, Ms. Patricia Araujo, Joe Pomatto my counsel and I
Settlement of 4 EEOCs referenced by number.
In an email I sent to Ms. Dole, manager Kammermeier gave me a PDI, July 31, 2019
FMLA
Letter from my coworker, Ms. Cinthia Oconell
Letter from my doctor, Dr. Karl Bushman, MD and Dr. Sapna Vasudevan, MD
September 2019, To Whom It May Concern

I am not sure if suppose to add more documents such as, letters from my doctors, my psychologist, postal rules, national agreements between the U.S. Postal Service and the Union, etc.

Manager Kammermeier violated the terms of the agreement of the settlement.  Other managers came back to do theirs jobs and I did mine.  They were professional and treated me with respect and dignity.

From July 2019 to November 2019
Manager Kammermeier progressively gave me 3 PDIs and # LOWs.  My health deteriorated due to manager Kammermeier behavior and violation of the terms of the Settlement Agreement of the 4 EEOCs.  I went several times to see both my doctors and my phycologist for help.  I file an FMLA.  I contacted Mr. Patrick Rothwell, union vice president to file harassment charges against manager Kammermeier.  I contacted the Agency counsel, Ms. Meriam Dole and the postal EEO from downtown, Pittsburgh to get help.

Friday, January 19, 2018
I gave Richard Karpinski a 3996 and told him to give me a copy.  As I was leaving the work floor, I saw Mr. Karpinski walking toward the manager's office.  As I was backing up my car against the dock, I saw manager Kammermeier holding a paper walking toward me on the driver's side, as I was backing up.  I shut down the engine, exited my car and took the paper from manager Kammermeier.  I noticed Richard Karpinski 204B assistant supervisor standing behind me on the dock.
It is my fear that manager Kammermeier was hoping that I would exit my car leaving the engine on to grab the paper from his hand.  Manager Kammermeier would fire me right there.  At the post office, you are not allowed to leave the engine of your car running.  You must be in the car seat behind the steering wheel.

2018 - Preliminary Disciplinary Interview (PDI) and Letter of Warning (LOW).

January 4, 2018
Manager Lou Kammermeier issued me a Preliminary Disciplinary Interview (PDI).

Wednesday, January17, 2018
LOW     from manager Louis Kammermeier.

April 4, 2018
I complained to manager Kammermeier about Mr. Detorakis giving me a hard time delivering my relays mail. Manager Kammermeier said he will talk to Manny.

April 5, 2018
The incident about Mr. Detorakis and Ms. Stephany Hasso.

June 27, 28,29, 2018
Manager Kammermeier was confrontational with me.

June 30. 2028
According to the terms of the agreement from the 4 EEOCs settlement, manager was supposed to remove the LOW he gave me back in January 17, 2018. The following month of July 2018, manager Kammermeier gave me another PDI and LOW.

Friday, July 6, 2018.
PDI    from LOU Kammermeier.

Friday, July 20, 2018. (LOW dated: July 18, 2018).
LOW    from LOU Kammermeier. For June 27, 27, 29, 2018.

October 23, 2018, LOW was reduced to an official discussion.

May 2019
Manager Lou Kammermeier / Manager Ahmad Shareef / Supervisor Chae Boyd.
Unlike manager Kammermeier, neither manager Shareef nor supervisor Boy harassed me or gave me time, They both Maintain Mutual Respect Atmosphere.

Wednesday, July 31, 2019.
PDI from manager Lou Kammermeier.

Wednesday, August 14, 2019.
LOW from manager Lou Kammermeier.

Friday, September 13, 2019.
PDI from manager Lou Kammermeier.

Monday, September 16, 2019.
LOW from manager Lou Kammermeier.

Wednesday, October 30, 2019.
PDI from manager Lou Kammermeier.

Saturday, November 2, 2019.
LOW from manager Lou Kammermeier.

From January 2018 to November 2019. Due to his actions I am to take medication – Celexa.
November 15, 2019 - Lou K. - Last Day at the South Hills Post Office.