National EEO Investigative Services Office    May 22, 2023



# UNITED STATES POSTAL SERVICE
# EQUAL EMPLOYMENT OPPORTUNITY
# CASE
# IN THE MATTER OF:

WILLY J WONG
3047 LATONIA AVE
PITTSBURGH PA 15216-2428
Complainant,

Vs.

Louis DeJoy
Postmaster General
Respondent
Eastern Area
U.S. Postal Service

USPS Tracking # Complainant : 9114 9022 0078 9464 9116 25

EEOC Case No. : 531-2022-00223X
Agency Case No : 4C-150-0094-19
Date Filed : 12/20/2019

## NOTICE OF FINAL ACTION

In accordance with Title 29, Code of Federal Regulations, Part 1614.110(a), this is the U.S. Postal Service's Notice of Final Action in your complaint of discrimination identified above.

On May 4, 2023, Administrative Judge Robert I. Garvey of the Equal Employment Opportunity Commission (EEOC) issued a decision that was received by the Postal Service on May 4, 2023.

I have reviewed the entire record, including the investigative file and I agree with the Administrative Judge that you have not shown that you were the victim of illegal discrimination. Consequently, I have decided to implement the decision of the AJ.

### APPEAL TO THE EEOC

You have the right to appeal the Postal Service's final decision to the Director, Office of Federal Operations, within 30 calendar days of your receipt of this decision. You may file your appeal by several alternative methods. You may use the EEOC's Public Portal located at https://publicportal.eeoc.gov/, where you can also upload selected documents, and manage your personal and representative information. You may mail your written appeal to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 77960, Washington, DC 20013-8960 or submit by facsimile to (202) 663-7022. If you elect to file an appeal by fax or mail you must use Form 573, a copy of which is enclosed. Any supporting statement or brief must be submitted to the EEOC within 30 calendar days of filing the appeal. **If you use EEOC's Public Portal to file an appeal or submit a brief, you will select USPS Field Areas and Regions as your agency.** Further if you use the Public Portal you do not need to serve a copy to the agency. If you mail or fax your request for an appeal, you must also submit a copy of the appeal or brief to the National EEO Investigative Services Office, NEEOISO - FAD, USPS, P.O. Box 21979, Tampa FL 33622-1979 and submit proof to the EEOC that a copy of the appeal and any supporting documentation or brief were also submitted to the NEEOISO.

You are advised that, if you file your appeal beyond the 30-day period set forth in the Commission's regulations, you should provide an explanation as to why your appeal should be accepted despite its untimeliness. If you cannot explain why your untimeliness should be excused in accordance with 29 C.F.R. 1614.604, the Commission may dismiss the appeal as untimely.

WILLY J WONG
Notice of Final Action

Page 2 of 2

### Right to File Civil Action

Alternatively, if you are dissatisfied with the Postal Service's final decision in this case, you may file a civil action in an appropriate U.S. District Court within 90 calendar days of your receipt of the Postal Service's final decision, within 90 calendar days of the EEOC's final decision on any appeal, or after 180 days from the date of filing an appeal with the EEOC if no final decision has been rendered. If you choose to file a civil action, that action should be captioned:

### WILLY J WONG V. LOUIS DEJOY, POSTMASTER GENERAL

You may request the court to appoint an attorney for you and to authorize the commencement of that action without the payment of fees, costs, or security. Whether these requests are granted or denied is within the sole discretion of the District Judge. Your application must be filed within the same 90-day time period for filing the civil action.

*Stephanie D. Johnson*                                5/22/2023

EEO Services Analyst
PO Box 21979
Tampa FL  33622-1979

Enclosure: Appeal Form 573

cc:  Robert I. Garvey, Administrative Judge
     Baltimore Field Office
     GH Fallon Federal Bldg
     31 Hopkins Plaza Ste 1432
     Baltimore MD 21201-2827

     Miriam D. Dole
     ELO East USPS Law Department
     7300 Lindbergh Blvd Rm 807
     Philadelphia PA 19153-3024