### RE: Willy Wong 4 EEOs settlement - Congratulations to all!!!

LG
LAURENCE GALLAGHER <LAURENCE.GALLAGHER@EEOC.GOV>



To:
- You;
- PATRICIA ARAUJO;
- Dole, Miriam D - Philadelphia, PA;
- jdp@pomettolaw.com

+1 other
Cc:
- FRANCIS POLITO

Thu 5/31/2018 12:58 PM

WOW! You are all amazing. Don't forget the efforts to which everyone went to reach this agreement. Thank you.

**From:** PATRICIA ARAUJO
**Sent:** Thursday, May 31, 2018 1:52 PM
**To:** Dole, Miriam D - Philadelphia, PA <Miriam.D.Dole@usps.gov>; jdp@pomettolaw.com; Joseph Pometto <joseph.pometto@gmail.com>; Willy Wong <alex7jen4@hotmail.com>; LAURENCE GALLAGHER <LAURENCE.GALLAGHER@EEOC.GOV>
**Cc:** FRANCIS POLITO <FRANCIS.POLITO@EEOC.GOV>; MARY PALMER <MARY.PALMER@EEOC.GOV>
**Subject:** Re: Willy Wong 4 EEOs settlement - Congratulations to all!!!

---

**From:** PATRICIA ARAUJO
**Sent:** Thursday, May 31, 2018 1:49:54 PM
**To:** Dole, Miriam D - Philadelphia, PA; jdp@pomettolaw.com; Joseph Pometto; Willy Wong; LAURENCE GALLAGHER
**Subject:** Re: Willy Wong 4 EEOs settlement

Thank you for the opportunity. Please MiMi sent an additional email ASAP, stating the case number for each of the four (4) cases. Thank you

Joe, please per our telephone conversation please confirm again the new email with all the case/identification numbers to add on the "Terms of the Agreement." Thank you

Willy, le deseo a usted y a su familia lo mejor de lo mejor. Un placer el haberlo conocido!

Mimi, thank you for all your assistance. It has been a pleasure working with you again. Please send a final draft of the executed settlement agreement to all with in the next ten (10) days and please state on the agreement that it must be signed within the next 10 days and or before June 10, 2018. Thank you
  Best regards. Patricia

From: Dole, Miriam D - Philadelphia, PA <Miriam.D.Dole@usps.gov>
Sent: Thursday, May 31, 2018 1:06:05 PM
To: PATRICIA ARAUJO; jdp@pomettolaw.com; Joseph Pometto; Willy Wong
Subject: Willy Wong 4 EEOs settlement

Patricia, Joe and Willy,

      I am happy to report that the parties have agreed to the settlement terms proposed by Patricia. Thank you so much for your excellent assistance with these 4 cases, Patricia! I will prepare a Settlement Agreement, get it approved by my supervisor and send it to Joe for his review, so everyone can sign it. Briefly, the terms of the Settlement Agreement are:

1.    The Postal Service will pay the sum of $7,500 to Willy. Willy and Joe can let me know if any of this amount should go to Joe in a separate check.
2.    The Postal Service will conduct in-person training for all employees at the South Hills office, and online training for Michael Brown, Richard Martonik and Lou Kammermeier, to work toward preventing future harassment based on race or national origin. Mimi will work out the details of the trainings with Joe, so that it can be specifically referenced in the Settlement Agreement.
3.    Mr. Wong's live discipline, issued on January 17, 2018, will be removed from his file as of June 30, 2018.
4.    Mr. Wong will dismiss all four EEO complaints he has brought (and Mimi will reference the appropriate case numbers in the Agreement).

Please confirm, by return email, that these are the terms of the settlement that has been reached today. I will be calling Patricia in a moment. Thank you all for the wonderful spirit of cooperation and understanding that I felt yesterday. I hope that should future problems arise, that we can talk and work things out, together!

Thank you!
Mimi Dole

PLEASE NOTE NEW MAILING ADDRESS:

Miriam Dole
Attorney
United States Postal Service
7300 Lindbergh Blvd., Rm 807
Philadelphia, PA 19153
215-351-3829 office
215-278-5254 mobile
215-351-3851 fax