## Re: Lou Kammermeier, manager in charge and Manny Detoraski, co-worker.

Willy Wong
Thu 8/1/2019 11:06 AM
To:Dole, Miriam D - Philadelphia, PA <Miriam.D.Dole@usps.gov>

Thank you.  As soon as I get a chance tomorrow Friday, I will call you.

---

**From:** Dole, Miriam D - Philadelphia, PA <Miriam.D.Dole@usps.gov>
**Sent:** Thursday, August 1, 2019 7:44 AM
**To:** Willy Wong <alex7jen4@hotmail.com>
**Subject:** RE: Lou Kammermeier and Manny Detoraski.

I am not available at all on Thursday.  You could call me on Friday, on my mobile number.
Mimi Dole

Mimi Dole
Attorney
United States Postal Service
215-351-3829 office
215-278-5254 mobile
215-351-3851 fax

**From:** Willy Wong [mailto:alex7jen4@hotmail.com]
**Sent:** Wednesday, July 31, 2019 9:03 PM
**To:** Dole, Miriam D - Philadelphia, PA <Miriam.D.Dole@usps.gov>
**Subject:** [EXTERNAL] Lou Kammermeier and Manny Detoraski.

July 31, 2019.

Dear Ms. Dole:

How are you today.  I would like to know if you would be available tomorrow for me to call you.

Thank you.

Willy Wong