I am a letter carrier at the South Hills Post Office and work along side Willy Wong.

I have repeatedly, over the past several years, witnessed harassment and mistreatment of Willy Wong, by Lou Kammermeier. I have knowledge of a prior EEO that Willy filed, that had been settled. However the details of that settlement have remained private. Shortly after that said settlement, Lou Kammermeier started to single Willy out again, as in the past. IMO, he was retaliating against Willy for filing the initial EEO. Lou would stand behind Willy, watching him sort his mail, making comments. This is a tactic Lou uses when he wants to intimidate an employee. I've only witnessed him doing it to a few people.
I am unsure of the dates, but heard Lou say things such as,
"Face your case"
"Do not leave your case"
"Do not talk"
"You are using time wasting practices".
All of these statements, are unnecessary, as most people in our office have daily conversation, unrelated to work. Willy rarely talks in the office as it is. And if he does, it is quick, and work related. Carriers also leave their cases frequently to check for more mail coming in, or to reroute mail that does not belong at their case.
I also heard Lou tell people not to talk to Willy. For instance, once Willy's truck driver needed to check on a work related issue. Lou told him he was not to talk to Willy. That person was William Dansuzo. There are often times when co-workers have questions about mail pieces, address checks, spot related items, etc. I would be glad to elaborate on this if needed.

On September 30, 2019, there was a terrible incident at our office involving Willy. Lou was standing right behind Willy staring him down. It was an obvious intimidation tactic, and anyone in our office can testify that this only happens to a few people....3 to be exact, in my memory.
Anyhow Willy was casing his mail as usual. Lou kept making comments like, "you need to put all plastic on case and cut open, do not leave your case, turn around" etc. I am having difficulty remembering exactly what was said, however I remember feeling so bad for Willy. Btw, I was about 3 cases away, but on the bend, so I had a clear view of Lou. I heard Willy start breathing extremely heavy and then choking and throwing up in the garbage can near his case. I wanted to go help, but I feared Lou would discipline me for leaving my case to help Willy. I saw everyone in that vicinity looking over in disbelief, and saddened by this incident. Dan McGlynn, our Union Representative, finally escorted Willy off of the floor and helped him.
Willy took some days off, but I am not sure when he returned. However, I heard Lou make a comment while he was gone, "I hope Willy is enjoying his vacation". He was so sarcastic, about it. Lou showed no concern, but more pride in what he had caused.

I, Cynthia O'Connell, hereby submit this statement as True and Correct to the best of my knowledge and belief.

*Cynthia A. O'Connell*
Date: June 8, 2021